IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
MORGAN JEROME BURTON, JR.,   )
                             )
    Plaintiff,               )
                             )      CIVIL ACTION NO.
    v.                       )        3:23cv499-MHT
                             )            (WO)
JACOB A. WALKER, III, and    )
JESSICA VENTIERE,            )
                             )
    Defendants.              )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate, filed this lawsuit contending that he was illegally sentenced in violation of his rights to due process and equal protection and that his Eighth Amendment right to be free from cruel and unusual punishment was violated by his exposure to COVID-19 and violent conditions in the Alabama Department of Corrections and by his assault by another inmate.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. Also before the court are plaintiff's objections to the

recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 30th day of August, 2024.

                              /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**