IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
MORGAN JEROME BURTON, JR.,  )
                            )
     Plaintiff,             )
                            )    CIVIL ACTION NO.
     v.                     )      3:23cv499-MHT
                            )          (WO)
JACOB A. WALKER, III, and   )
JESSICA VENTIERE,           )
                            )
     Defendants.            )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. 20) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 19) is adopted.

(3) This lawsuit is dismissed as time-barred.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 30th day of August, 2024.

                                         /s/ Myron H. Thompson  
                                    **UNITED STATES DISTRICT JUDGE**