IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
MORGAN JEROME BURTON, JR.,   )
                             )
    Plaintiff,                )
                             )   CIVIL ACTION NO.
    v.                       )     3:23cv499-MHT
                             )         (WO)
JACOB A. WALKER, III, and    )
JESSICA VENTIERE,            )
                             )
    Defendants.              )
```

ORDER

This case is before the court on plaintiff's "motion to proceed in appeal to appeal court" (Doc. 30). It is unclear whether plaintiff intended the motion for this court or the appeals court.

\*\*\*

Accordingly, it is ORDERED that:

(1) To the extent plaintiff intended for the motion to be heard by this court, the motion is denied.

(2) To the extent plaintiff intended for the motion to be heard by Eleventh Circuit Court of Appeals, the clerk of court is directed to forward the motion to the

appeals court.

    DONE, this the 7th day of November, 2024.

                                     /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**